IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MID-CONTINENT CASUALTY COMPANY, | § | |
| | § | |
|     Plaintiff/Counter-Defendant, | § | |
| | § | |
| v. | § | Civil Action |
| | § | No. C-06-315 |
| DAVIS-RUIZ CORPORATION, | § | |
| D/B/A ADVANTAGE INSPECTION, | § | |
| | § | |
|     Defendant/Counter-Claimant. | § | |
| | § | |

_____

| | | |
|---|---|---|
| DAVIS-RUIZ CORPORATION, | § | |
| D/B/A ADVANTAGE INSPECTION, | § | |
| | § | |
|     Plaintiff, | § | |
| | § | Civil Action |
| v. | § | No. C-06-350 |
| | § | |
| MID-CONTINENT CASUALTY COMPANY, | § | |
| | § | |
|     Defendant. | § | |

**FINAL JUDGMENT**

On October 3, 2006, the Court entered an Order GRANTING Mid-Continent Casualty Company's ("Mid-Continent") motion for summary judgment on the issue of whether Mid-Continent had a duty to defend Davis-Ruiz Corp., D/B/A Advantage Inspection ("Davis-Ruiz") in an underlying Illinois state court litigation (D.E. 8).  In light of the Court's Order holding that Mid-Continent does <u>not</u> have a duty to defend Davis-Ruiz in the underlying Illinois case, the parties have agreed that on the present state of the pleadings, there are no causes of action in this case that remain for trial. Accordingly, based on the above, the Court hereby enters final

judgment DISMISSING the above-styled consolidated action in its entirety.

SIGNED and ENTERED this 12th day of June, 2007.

_____
Janis Graham Jack
United States District Judge